RECEIVED
JAN 12 2026
BY MAIL
FILED
JAN 12 2026
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Federal court of the eastern District of Missouri
St. Louis divison

David C. Lettieri
   Plaintiff

4:26-cv-00045 SPM

- against -

Index No. ___

Keete group
Bureau of prisons
Federal Medical Center Devens
B. Cinnatu
D. English
S. Gondaluz
   Defendant

Complaint

The plaintiff acting pro se as for a verified complaint herein respectfully alleges as follow:

1. The plaintiff is forced to stay at Federal Medical Center Devens under a false charge at P.O. Box 879 ayer, MA 01432

2. The defendents Federal Medical Center Devens, B. Cinnatu, D. English and S. Gondaluz is located at P.O. Box 879, ayer MA 01432.

3. The defendant Keete Group is located at 10880 Lin Pan Place, Saint Louis, MO 63132.

4. This complaint is in regards to a TV show that was purchased from the score TT Tablet Device. The name of the TV show is called agents of shield. It was the fourth

episode of the First season, It was called eye spy.

5. The description states; The agents truck down a mysterious woman who has pulled off a variety of risky capers, But the Investigation reveals a sereret that could have a negative effect on Coulson.

6. The rating Is PG-13.

7. The Duration Is Fourty-three mins

8. One actor Is Clark Gregg

9. One actress Is Ming-Wunu

10. It was made In 2013.

11. The defendants policy are a Bit rectrected. First one TV show could Be rented. Second It could Be viewed For only two days. Third a Timer Is on which Is one hour and Five minutes could Be watched.

12. The plaintiff had twenty-four minutes, In which didnot see and such had Breach a contract since the plaintiff had a right to such.

13. The purchase date was November 27, 2025.

14. On March 27, 2025 B. Cinnata, D. English and S. Gondolez had a meeting with the plaintiff was threaten If continue to do such would Be transfer to possible a more dangerous Facility, where could Be stabbed, which cant yell For help Because of a puruzyled vocial cord or Limited on the grievences Filed.

15. Since then the plaintiff has Been limited on the grievences and had Been put Into special Housing unit on a False ticket For Fifty-Eight days where had Be assaluted to where wrist were Bleeding and had cough up Blood

where Medicinal didn't cure

16. The description was Incorrect since there was no secret that had effect Coldson In anyway nor was there a mysterious woman since It was from Coldson past.

### As for a First cause of action
### Breach of contract

17. Since purchasing the movie had created an agreement In which by having the misleading description had violated and Breach such contract.

### As for a second cause of action
### Breach of Duty care

18. The defendants had a duty not to mislead a customer Into purchasing a movie on Incorrect Information, as such had Breach a Duty of care.

### As for a third Cause of action
### Abuse of process

19. The plaintiff Because of the threats made and the damages done Is unable to do the administrive remedies In which such Be claim by the defendants under Title 42 United States code 1947(e).

### As for a Fourth cause of action

Masschuetts General Law 12 11-I
Civil rights torts

20. By the threats made by the defendants B. Cinnati and D. English had put the plaintiff In a great Deal of Fear that had obstructed the plaintiff First amendment of Free speech, fifth amendment due process, and First amendment access to the courts.

As For a Fifth cause of action
Masschuetts General Law 93A
deceptive acts

21. The plaintiff had exepted to see an Interesting serect of agent Coulson In which The whole episode had no secret only a person from the past not even a mysterious person. As such Violated Masschuetts General Law 93A.

Wherefore the plaintiff demands Judgment as Follow:

1. On the First cause of action, Damages In the sum of $15,000 For Breach of contract.
2. On the second cause, Damages In the sum of $15,000 For Breach of Duty Care
3. On the Third cause of action, Damages In the sum of $40,000 For Abuse of process.
4. On the Fourth cause of action, Damages In the sum of

$60,000 For violation of Massachusetts General Law 211-1.
5. On the Fifth cause of action, damages In the sum of $15,000 For violation of Massachusetts General Law 93A.
6. For all other, Such, Just, equitable the courts may see Fit and proper.

The plaintiff states Facts to Be true and accuracy under the penalty of perjury From the Best of knowledge

Thank you,

n\~

David C. Letheid